[No. 16134-2-I.   Division One.   February 29, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. MIKE M.
PRESNELL, *Appellant.*

Appeal from a judgment of the Superior Court for Skagit
County, No. 84-1-00090-1, Walter J. Deierlein, Jr., J.,
entered March 4, 1985. *Affirmed* by unpublished opinion
per Schumacher, J. Pro Tem., concurred in by Coleman,
A.C.J., and Pekelis, J.

[No. 10459-8-II.   Division Two.   March 1, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. JERALD B.
CRAWFORD, *Appellant.*

Appeal from a judgment of the Superior Court for Cow-
litz County, No. 86-1-00100-7, Don L. McCulloch, J.,
entered October 24, 1986. *Affirmed* by unpublished opinion
per Petrie, J. Pro Tem., concurred in by Petrich and Wors-
wick, JJ.

[No. 9630-7-II.   Division Two.   March 1, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. CRAIG SCOTT
BAXTER, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 85-1-00763-0, Thomas R. Sauriol, J., entered
January 21, 1986. *Affirmed* by unpublished opinion per
Petrie, J. Pro Tem., concurred in by Reed, C.J., and Alex-
ander, J.